**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1654**

———————

TRACY WOODY,

                              Plaintiff - Appellant,

        versus

CENTURA BANK, INCORPORATED/RBC CENTURA BANK,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-176-5-H)

———————

Submitted: July 8, 2003          Decided: July 23, 2003

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tracy Woody, Appellant Pro Se.  Timothy Wood Wilson, POYNER & SPRUILL, Rocky Mount, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tracy Woody appeals the district court's order dismissing her civil action for failure to comply with Fed. R. Civ. P. 8, 12(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woody v. Centura Bank Inc., No. CA-02-176-5-H (E.D.N.C. Apr. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2